**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                            Case No.: 3:12-cv-1029-J-34JRK

RONICA BOOKER,

        Defendant.

_____

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. No. 10; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on February 13, 2013.  In the Report, Magistrate Judge Klindt recommends that the United States' Motion for Default Judgment (Doc. No. 8) be granted, and that Judgment be entered in favor of the United States in the following amounts: $41,994.00 in principal; $25,328.86 in prejudgment interest as of September 12, 2012; $428.00 in administrative charges; prejudgment interest on the total principal amount at the rate of 12.625 percent per annum ($14.52 per day) beginning on September 13, 2012, through the date judgment is entered; and post-judgment interest accruing at the legal rate established by 28 U.S.C. § 1961.  See Report at 5.  Defendant has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific

objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  In regards to the prejudgment interest accruing from September 13, 2012, through the date judgment is entered, this Court finds that amount to be $3,049.20.[1]

In light of the forgoing, it is hereby **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. No. 10) is **ADOPTED** as the opinion of the Court.

2. The United States' Motion for Default Judgment (Doc. No. 8) is **GRANTED**.

3. The Clerk of Court is directed to enter Judgment in favor of the United States and against Ronica Booker in the following amounts:

---

[1] With respect to the recommendation that Judgment include prejudgment interest from September 13, 2012, through the date of judgment, the Court makes the following calculation of the prejudgment interest: Between September 13, 2012, and April 10, 2013, interest accrues at the rate of 12.625 percent per annum on the total principal amount ($14.52 per day).  Therefore, the prejudgment interest from September 13, 2012, through the date of Judgment is $3,049.20 (210 days x $14.52).

      a.      $41,994.00 in principal; $25,328.86 in prejudgment interest as of September 12, 2012; $428.00 in administrative charges; and $3,049.20 in prejudgment interest through the date of judgment.

      b.      Post-judgment interest shall accrue at the legal rate established by 28 United States Code § 1961.

4.      The Clerk of Court is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of April, 2013.

*[Signature]*
**MARCIA MORALES HOWARD**
United States District Judge

i21

Copies to:

The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record

Ronica Booker
1157 Island Point Drive
Unit 201
Jacksonville, FL 32218